UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORIYOMI SADIQ ALOBA (A-205-629-673)

　　　　Petitioner,

　　v.

WARDEN, GOLDEN STATE ANNEX,

　　　　Respondent.

No.  1:26-cv-2764 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On April 21 2026, the district court denied petitioner's motion for a temporary restraining order and referred this matter to the undersigned.  (ECF No. 7.)

On April 17, 2026, respondents filed a response to the petition and an opposition to petitioner's motion for a temporary restraining order.  (ECF No. 6.)  In the response and opposition, respondents state that they do not oppose the court resolving the merits of the petition.  (Id. at 1.)  If additional briefing is needed to decide the petition on the merits, within 10 days of the date of this order, petitioner shall file a reply to respondents' response and opposition.  If

1

petitioner does not file a reply by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's reply, if any, is due 10 days from the date of this order.

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  April 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Alob2764.100.imm/2

2